IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT CASON,<br>    *Plaintiff,* | : : : | |
| v. | : | CIVIL ACTION NO. 20-CV-4695 |
| RHUEL A. JOHNSTON,<br>    *Defendant.* | : : : | |

## ORDER

AND NOW, this 17th day of December, 2020, upon consideration of Plaintiff Robert Cason's Motion to Proceed *In Forma Pauperis* (ECF No. 7); "Notice of Appeal," docketed as a Complaint (ECF No. 1); and second "Notice of Appeal" (ECF No. 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Cason's Notices of Appeal are **DEEMED** filed.

3. This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**